UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | THOMPSON GUERRIER | : |
| | | : CHAPTER 13 |
| | Debtor(s) | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | THOMPSON GUERRIER | : |
| | | : |
| | Respondent(s) | : CASE NO. **1:25-bk-02253** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 (Claim 1 filed by the PA Department of Revenue).

2. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of the debtor(s)' home as stated in his/her schedules. The Current Market Analysis (CMA) referred to on Schedule A is from July 2024.

3. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid.

4. The plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the plan (GoodLeap, LLC for solar panels).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s)' plan.
b. Dismiss or convert debtor(s)' case.
c. Provide such other relief as is equitable and just.

Dated: September 25, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHAD J JULIUS ESQUIRE
JACOBSON, JULIUS & HARSHBERGER
8150 DERRY STREET
HARRISBURG, PA 17111-5212


Dated:      September 25, 2025

      /s/ Jack N. Zaharopoulos
      Office of Jack N. Zaharopoulos
      Standing Chapter 13 Trustee