IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Thompson Guerrier | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 1:25-bk-02253-HWV |
| | : | |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Craig S. Sharnetzka, Esquire, of CGA Law Firm, 135 North

George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for

Springfield Township Sewer Authority and requests copies of all Notices pursuant to Bankruptcy

Rules 2002(a) and 2002(b).

Respectfully submitted,
CGA Law Firm

/s/ Craig S. Sharnetzka, Esquire
Craig S. Sharnetzka, Esquire
Sup. Ct. I.D. No. 83863
135 North George Street
York, PA 17401
717-848-4900