**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYNVANIA**

IN RE:                      :        CHAPTER 13

THOMPSON GUERRIER,      :

                          :        CASE NO: 1:25-bk-02253-HWV

Debtor(s)                :

## CERTIFICATE OF SERVICE

     I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on February 24, 2026, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER


By: /s/ Chad J. Julius    
Chad J. Julius

Date: February 24, 2026

Label Matrix for local noticing
0314-1
Case 1:25-bk-02253-HWV
Middle District of Pennsylvania
Harrisburg
Tue Feb 24 11:54:29 EST 2026

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Merrick Bank
PO Box 10368
Greenville, SC 29603-0368

Springfield Township York County Sewer Autho
P.O. Box 75
Seven Valleys, PA 17360-0075

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ally Credit Card/cws
Po Box 9222
Old Bethpage, NY 11804-9222

Ally Lending
PO Box 653074
Dallas, TX 75265-3074

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A., successor by merger to Di
P.O. Box 3025
New Albany, OH 43054-3025

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Eng Lending
Attn:  Bankrutpcy
3508 Laramie Dr Ste 2b
Bozeman, MT 59718-2006

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

GoodLeap Llc.
Attn: Bankruptcy
8781 Sierra College Blvd
Roseville, CA 95661-5920

GoodLeap, LLC
8781 SIERRA COLLEGE BOULEVARD
Roseville, CA 95661-5920

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARINER FINANCE
8110 CORPORATE DR
NOTTINGHAM, MD 21236-5034

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Merrick Bank
PO Box 10368
Greenville, SC 29603-0368
Merrick Bank
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank/Card Works
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020-5000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501-2505

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298-1037

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Quantum3 Group LLC as agent for
GoodLeap
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA  98083-0788

Springfield Township Sewer Authority
P.O. Box 75
Seven Valleys, PA 17360-0075

Syncb/Care Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

WebBank/OneMain
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111-2336

Wells Fargo Bank
Attn: Bankruptcy
1 Home Campus, 3rd Floor Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111-5212

```
(p)JACK N  ZAHAROPOULOS                Thompson Guerrier
ATTN CHAPTER 13 TRUSTEE                 66 South Main Street
8125 ADAMS DRIVE SUITE A                Seven Valleys, PA 17360-9604
HUMMELSTOWN PA 17036-8625
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC          MOHELA                       (d)Mohela/dept Of Ed
PO BOX 7999                             Attn: Bankruptcy             633 Spirit Drive
SAINT CLOUD, MN 56302-9617              633 Spirit Dr                Chesterfield, MO 63005
                                        Chesterfiled, MO 63005


(d)US Department of Education/MOHELA     Jack N Zaharopoulos
633 Spirit Drive                        Standing Chapter 13
Chesterfield, MO 63005                   (Trustee)
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PENNYMAC LOAN SERVICES, LLC          (d)Capital One Auto Finance, a division of Ca   (d)Merrick Bank
                                        4515 N. Santa Fe Ave. Dept. APS                 PO Box 10368
                                        Oklahoma City, OK 73118-7901                    Greenville, SC 29603-0368


(u)SYnchrony Bank                       End of Label Matrix
                                        Mailable recipients    61
                                        Bypassed recipients     4
                                        Total                  65
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thompson Guerrier,

    **Debtor 1**

Chapter    13

Case No.    1:25–bk–02253–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on January 15, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 19, 2026

orcnfpln(05/18)